UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-00922 JAK (DFM) | Date: | August 13, 2026 |
| Title | Julian J. Alexander v. D. Samuel et al | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

On November 18, 2025, this Court directed service on the remaining Defendants in this action. See Dkt. 20. On December 5, 2025, the California Department of Corrections and Rehabilitation ("CDCR") returned a Report of Service Waiver, indicating an inability to identify Defendants Uribe, Harris, and Gomez. See Dkt. 21.

On January 8, 2026, the Court issued an order granting Plaintiff leave to conduct limited discovery for the purpose of identifying the first names and/or applicable workplace identification numbers of Defendants Uribe, Harris, and Gomez. See Dkt. 23. The Court ordered Plaintiff to, within forty-five (45) days, either file a Request to Amend providing the first names and/or applicable workplace identification numbers of Defendants Uribe, Harris, and Gomez or, if Plaintiff was unable to ascertain said information by that time, file a separate declaration explaining the results of his efforts to obtain the same, along with a copy of the written questions served and a copy of any response(s) received. See id. at 2. The Court warned Plaintiff that his failure to file a Request to Amend or separate declaration may result in a recommendation that Defendants Uribe, Harris, and Gomez be dismissed for lack of prosecution. See id.

After the deadline passed without Plaintiff filing a Request to Amend or a declaration, the Court ordered Plaintiff to show cause why Defendants Uribe, Harris, and Gomez should not be dismissed from this action. See Dkt. 33 ("OSC"). In response, Plaintiff filed a "Request to Amend Complaint to Reflect Service of Defendants Harris and Gomez," seeking leave to amend his Complaint to reflect the names of previously unserved Defendants Gail Harris and Zachariah Gomez. See Dkt. 34 (Plaintiff's "Request"). The Court granted Plaintiff's Request, noting that Plaintiff had not updated the Court or discharged the OSC as to Defendant Uribe. See Dkt. 35. Thereafter, with no further updates from Plaintiff regarding Defendant Uribe, the Court recommended that Defendant Uribe be dismissed. See Dkt. 37. The District Judge accepted the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Report and Recommendation and dismissed Defendant Uribe without prejudice for failure to prosecute. See Dkt. 44.

CDCR returned a second Report of Service Waiver, indicating that Defendant Harris waived service, but Defendant Gomez did not. See Dkt. 42. Defendant Harris has since filed an Answer. See Dkts. 42-43, 45. CDCR provided an address for Defendant Zachariah Gomez. See Dkt. 42. The Court ordered the United States Marshals Service ("USMS") to serve Defendant Zachariah Gomez at the CDCR-provided address. See Dkt. 46.

On July 20, 2026, the USMS returned an unexecuted summons, stating that per the Director of Staffing, there is no record of Zachariah Gomez being employed at the entity provided by CDCR. See Dkt. 49.

It is Plaintiff's burden to provide sufficient information to enable the USMS to serve Defendant Gomez. Plaintiff is ORDERED to show cause, in writing, **no later than twenty-one (21) days from the date of this order**, why Defendant Psych Tech Zachariah Gomez should not be dismissed from this action. Alternatively, Plaintiff may discharge this Order by filing on or before the deadline stated above one of the following:

- Proof of proper service of the summons and complaint on Defendant Gomez;
- A supplemental filing with additional information necessary to effect service on Defendant Gomez;
- A status report explaining what additional steps Plaintiff has taken to identify the additional information necessary to effect service on Defendant Gomez; or
- A Notice of Dismissal signed by all parties who have appeared pursuant to Federal Rule of Civil Procedure 41(a), dismissing Defendant Gomez from this action.

Plaintiff is warned that failure to respond to this Order may result in a recommendation that Defendant Gomez be dismissed for lack of prosecution.